UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 1:05CR257-4** |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| **REYMUNDO MONGE RODRIQUEZ** | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the indictment herein as to the captioned Defendant.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the indictment herein is hereby **DISMISSED** as to the Defendant Reymundo Monge Rodriquez only without prejudice.

The Clerk is directed to certify copies of this Order to the Defendant's counsel, the U.S. Probation Office, and the United States Attorney's Office.

**Signed: January 13, 2006**

Lacy H. Thornburg
United States District Judge